UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-02457-MMM(CWx) | Date | April 14, 2010 |

| | |
|---|---|
| Title | Luis Gomez et al vs County of Los Angeles et al |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**  Order to Show Cause re Dismissal re Lack of Prosecution

　　　　On March 8, 2010, the court issued an order denying in part defendants' motion to dismiss plaintiffs' third amended complaint.  Plaintiffs were granted leave to file an amended complaint within 15 days from March 8, 2010.  Defendants were directed to file an answer to any amended complaint within 15 days of its filing or the expiration of the time period for filing.

　　　　To date, defendants have failed to file an answer to the third amended complaint.

　　　　The court, on its own motion, orders plaintiff**(s)** to show cause in writing on or before **April 20, 2010** why this action should not be dismissed for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.  The Order To Show Cause will stand submitted upon the filing of plaintiff's response.

　　　　If plaintiff/defendant files

☐　　Proof(s) of service of summons and complaint on the following defendant(s):

■　　An answer by the following defendant(s):　　**ALL DEFENDANTS**

■　　Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil
　　　Procedure:　　**ALL DEFENDANTS**

☐　　Plaintiff's motion for default judgment pursuant to Rule 55b of the Federal Rules of Civil
　　　Procedure:

on or before the date indicated above, the court will consider this a satisfactory response to the Order To Show Cause.