JS - 6

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br> DEFENDANT(S). | **JUDGMENT ON THE VERDICT <br> FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable _____, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

_____

_____

take nothing; that the action be dismissed on the merits; and that the defendant(s):

_____

_____

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

                                                                             Clerk, U. S. District Court

Dated: _____     By _____
                                                                     Deputy Clerk

At: _____

cc:    Counsel of record